UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES v. ALTARIE PRUNTY,
Crim. No. 08-280(PGS)   DOB 06/06/1976   SBI No. 000216032C

## PETITION FOR WRIT OF HABEAS CORPUS

1. **ALTARIE PRUNTY** is now confined at the Essex County Jail.

2. Said individual will be required at Newark, New Jersey, before the Hon. Peter G. Sheridan, U.S. District Judge, on May 30, 2008, at 9:30 a.m., for an arraignment in the above-captioned case. A Writ of Habeas Corpus should issue for that purpose.

DATED: May 27, 2008

Matthew E. Beck
Assistant U.S. Attorney
Petitioner

## ORDER

Let the Writ Issue.

DATED: May 27, 2008

Hon. Peter G. Sheridan, U.S.D.J.

## WRIT OF HABEAS CORPUS

The United States of America to Warden of the Essex County Jail:
WE COMMAND YOU that you have the body of

**Altarie Prunty,**

now confined at the Essex County Jail, brought before the United States District Court, the Hon. Peter G. Sheridan, U.S. District Judge, in the Martin Luther King Federal Building & Courthouse in NEWARK, on May 30, 2008 at 9:30 a.m., so that he may be attend his arraignment in the above-captioned matter. Immediately upon completion of the proceedings, defendant will be returned to said place of confinement in safe and secure conduct.

WITNESS the Honorable Peter G. Sheridan
United States Magistrate Judge
Newark, New Jersey.

DATED: May 27, 2008

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: _____
Deputy Clerk