UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Peter G. Sheridan |
| v. | : | Criminal No. 08-280 (RMB) |
| ALTARIE PRUNTY, | : | **ORDER FOR CONTINUANCE** |

This matter having come before the Court on the joint application of Christopher J.

Christie, United States Attorney for the District of New Jersey (by Matthew E. Beck, Assistant

U.S. Attorney) and defendant Altarie Prunty (by Patrick McMahon, Assistant Federal Public

Defender, appearing), for an order granting a continuance of the proceedings in the above-

captioned matter from July 31, 2008 through September 30, 2008, to allow the parties to conduct

plea negotiations and attempt to finalize a plea agreement, and the defendant being aware that he

has the right to have this matter brought to trial within 70 days of the date of his appearance

before a judicial officer of this court and that a continuance shall serve to delay a trial in this

matter, and the defendant having consented to the continuance and waived such right, for good

cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the

following reasons:

(1) Plea negotiations are currently in progress, and both the United States and the

defendant desire additional time to negotiate a plea agreement, which would render a trial of this

matter unnecessary;

(2) Defendant consents to the continuance; and

(3) Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice

... 

served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

WHEREFORE, IT IS on this 25 day of July 2008,

ORDERED that this action be, and it hereby is, continued from July 31, 2008 through September 30, 2008; defense motions, if any, are to be filed by October 1, 2008, opposition to defense motions are to be filed by October 14, 2008, motions shall be heard on Sept. 23, 2008, and the trial shall be scheduled for Sept. 30, 2008, absent any other reason to continue the proceedings; and it is further,

ORDERED that the period from July 31, 2008 through September 30, 2008 shall be excludable in computing time under the Speedy Trial Act of 1974 (as amended October 12, 1984), pursuant to Title 18, United States Code, Section 3161.

HONORABLE PETER G. SHERIDAN
UNITED STATES DISTRICT JUDGE

I hereby consent to the form
and entry of this Order

PATRICK McMAHON,
ASSISTANT FEDERAL PUBLIC DEFENDER

MATTHEW E. BECK
ASSISTANT UNITED STATES ATTORNEY